IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE HERNANDEZ-TIRADO, | |
| Plaintiff, | CIVIL ACTION NO. 3:CV-14-2492 |
| v. | (JUDGE CAPUTO) |
| CRAIG LOWE, et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 15th day of June, 2015, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 33) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 33) is **ADOPTED**.

(2) Plaintiff's Motion for Preliminary Injunction (Doc. 5) is **DENIED as moot.**

(3) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge