# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE A. HERNANDEZ-TIRADO, | |
| Plaintiff, | NO. 3:14-CV-2492 |
| v. | (JUDGE CAPUTO) |
| CRAIG LOWE, et al., | |
| Defendants. | |

## ORDER

**NOW**, this 23rd day of September, 2015, upon review of the Reports and Recommendations of Magistrate Judge Carlson (Docs. 36 and 37) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 36) is **ADOPTED in its entirety**.

(2) Defendants' Motion to Dismiss (Doc. 17) Plaintiff's (1) verbal harassment claims against Defendants Frawley, Brady, and McNeill; (2) access-to-courts claim against Defendant Lowe; and (3) Eighth Amendment claims relating to a single food service incident in November 2014 and his housing in a cell without a toilet for approximately five (5) hours in November 2014 is **GRANTED**.

(3) Plaintiff may **PROCEED** with his Eighth Amendment constitutional claim under § 1983, *i.e.*, confinement in conditions of extreme cold below fifty (50) degrees Fahrenheit without any sheets or blankets.

(4) The Report and Recommendation (Doc. 37) is **ADOPTED in its entirety**.

(5) Defendant Kimberly Montanredes' Motion to Dismiss (Doc. 23) Plaintiff's constitutional claims relating to deliberate indifference to Plaintiff's medical

needs and equal protection claims, pursuant to 28 U.S.C. § 1331 is **GRANTED**.

(6) Plaintiff is granted **twenty-one (21) days** from the date of entry of this Order to file an amended complaint for his equal protection claims

(7) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

_____
A. Richard Caputo
United States District Judge