IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE A. HERNANDEZ-TIRADO, | |
| Plaintiff, | NO. 3:14-CV-2492 |
| v. | (JUDGE CAPUTO) |
| CRAIG LOWE, et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 11th day of January, 2016, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 42) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 42) is **ADOPTED in its entirety**.

(2) All of Plaintiff's claims against Defendant Kimberly Montanredes are **DISMISSED with prejudice**.

(3) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

A. Richard Caputo
United States District Judge