IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE A. HERNANDEZ-TIRADO,

    Plaintiff,

v.

CRAIG LOWE, *et al.*,

    Defendants.

NO. 3:14-CV-02492

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 27th day of July, 2016, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 56) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 56) is **ADOPTED in its entirety**.

(2) Defendant's Motion for Summary Judgment (Doc. 52) is **GRANTED**.

(3) The sole remaining claim in Plaintiff's Complaint—Plaintiff's Eighth Amendment violation (Docs. 1, 38) is **DISMISSED**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge